EBENEZER WESTCOTT, appellant,

*v.*

FRANK P. MIDDLETON, respondent.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Westcott* v. *Middleton, 16 Stew. Eq. 478.*

*Mr. J. J. Crandall,* for appellant.

*Mr. E. A. Armstrong,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the Vice-Chancellor.